# In the United States Court of Federal Claims

**No. 06-931 L**
**Filed: February 6, 2007**

**GROS VENTURE TRIBE, et al.**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Nancy B. Firestone**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop

Brian Bishop, Clerk