**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **THE GROS VENTRE & ASSINIBOINE TRIBES BY AND THROUGH THE FORT BELKNAP INDIAN COMMUNITY COUNCIL, THE GOVERNING BODY OF THE FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION** | **Case No. 06-931L-NBF** |
| **Plaintiffs,** | |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant.** | |

**NOTICE OF APPEARANCE**

Please enter the appearance of John H. Martin as counsel of record in the above captioned action on behalf of the United States of America.

Respectfully submitted this 21st day of February, 2007,

MATTHEW J. MCKEOWN
ACTING ASSISTANT ATTORNEY GENERAL

/s/ John H. Martin

John H. Martin, Attorney of Record
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
TEL: (303) 844-1383
FAX: (303) 844-1350
Attorney of Record for Defendants

OF COUNSEL:
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2007, I served the foregoing Joint Motion For Temporary Stay of Litigation by causing a full, true and correct copy thereof to be sent to the following persons by Electronic Service pursuant to General Order 42A:

James A Vogel, Attorney of Record for Plaintiff

Dated this 21st day of February 2007.

*/s/ John H. Martin*

John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
(303) 844-1383 (tel)
(303) 844-1350 (fax)
john.h.martin@usdoj.gov
Attorney for Federal Defendants