**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE GROS VENTRE & ASSINIBOINE TRIBES BY AND THROUGH THE FORT BELKNAP INDIAN COMMUNITY COUNCIL, THE GOVERNING BODY OF THE FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION** | ) | **Case No. 06-931L-NBF** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's motion for extension of time within which to file its Answer or otherwise respond to the Complaint. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The motion should be and hereby is GRANTED;

2. Defendant shall have to and including March 20, 2007, to file its Answer or otherwise respond to the Complaint.

SO ORDERED.

Date: ____________________________ ____________________________________________

HON. NANCY B. FIRESTONE
United States Court of Federal Claims