**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE GROS VENTRE & ASSINIBOINE TRIBES BY AND THROUGH THE FORT BELKNAP INDIAN COMMUNITY COUNCIL, THE GOVERNING BODY OF THE FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION** | ) | **Case No. 06-931L-NBF** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**<u>PROPOSED ORDER</u>**

This matter is before the Court on the Parties' joint motion for a temporary stay of litigation. Upon consideration of the motion, it is on this _____ day of _______________, 2007, ORDERED that, for good cause shown,

1. The parties' joint motion should be and hereby is GRANTED;

2. Effective immediately, this matter is stayed until May 21, 2007, so that the parties may undertake settlement discussions and related activities such as informal requests and productions of documents and data;

3. Defendant need not file its Answer or otherwise respond to the allegations in the Complaint, until after the stay in this matter has expired or been vacated; and

4. The parties shall file a status report on or before March 27, 2008, regarding the status of the proceedings and their proposal for further proceedings in the case.

SO ORDERED.

HON. NANCY B. FIRESTONE
United States Court of Federal Claims