# In the United States Court of Federal Claims

**No. 06-931L**
**(Filed: March 21, 2007)**

* * * * * * * * * * * * * * * * * *

**THE GROS VENTRE & ASSINIBOINE TRIBES, by and through the FORT BELKNAP INDIAN COMMUNITY COUNCIL, the governing body of the FORT BELKNAP INDIAN COMMUNITY of the FORT BELKNAP INDIAN RESERVATION**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

The court hereby **SCHEDULES** a status conference for **Tuesday, March 27, 2007 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (406) 665-7057; counsel for defendant at (303) 844-1383. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge