# In the United States Court of Federal Claims

**No. 06-931L**
**(Filed: March 28, 2007)**

* * * * * * * * * * * * * * * * *

**THE GROS VENTRE & ASSINIBOINE TRIBES, by and through the FORT BELKNAP INDIAN COMMUNITY COUNCIL, the governing body of the FORT BELKNAP INDIAN COMMUNITY of the FORT BELKNAP INDIAN RESERVATION**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the representations made by the parties in the above-captioned case during the March 27, 2007 status conference that the plaintiffs are currently engaged in settlement activities as members of the InterTribal Monitoring Association ("ITMA"), a national consortium of 64 federally recognized tribes, with the Department of Interior ("DOI") through the ITMA-DOI Tribal Trust Fund Settlement Project, the parties' joint motion for a temporary stay of litigation so that they may continue settlement activities through the ITMA-DOI Project is **GRANTED**. Accordingly, the case is **STAYED** until **Thursday, March 20, 2008**. The parties shall file a joint status report regarding their progress towards settlement by **Thursday, September 20, 2007**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_