IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE GROS VENTRE & ASSINIBOINE TRIBES, BY AND THROUGH THE FORT BELKNAP INDIAN COMMUNITY COUNCIL, THE GOVERNING BODY OF THE FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 06-931L-NBF |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF CLARIFICATION AND SUPPLEMENTATION OF INFORMATION REGARDING STATUS OF CERTAIN TRIBAL TRUST CASES**

Defendant hereby provides the following clarification and supplementation of the information that it provided to the Court during the status conference on March 27, 2007, about the status of the Tribal trust accounting and trust mismanagement cases that have been filed in the United States Court of Federal Claims.

1. There are presently 103 Tribal trust accounting and trust mismanagement cases in this Court and in the United States District Court for the District of Columbia and in Oklahoma. See Defendants' Exhibit (Def. Exh.) 1 hereto. Of those 103 cases, 57 cases are in this Court, 37 are in the United States District Court in the District of Columbia, and nine are in various United States District Courts in Oklahoma. Id. About 33 Tribes filed cases in this Court and in the United States District Court. Id. Plaintiff is not one of those Tribes. Id.

2. Of the 57 cases pending in this Court, the following cases are currently in an "active

litigation" posture: Ak-Chin Indian Community v. United States, No. 06-cv-00932-ECH; Chippewa Cree Tribe of the Rocky Boy's Reservation v. United States, No. 92-cv-00675-ECH (Pembina Judgment Fund case); Eastern Shoshone Tribe of the Wind River Reservation v. United States and Northern Arapaho Tribe of the Wind River Reservation v. United States, No. 79-cv-00458-ECH and No. 06-cv-00903-ECH (consolidated cases); Kaw Nation v. United States, No. 06-cv-00934-FMA; Miami Tribe of Oklahoma v. United States, No. 06-cv-00939-ECH; Navajo Nation v. United States, No. 06-cv-00945-FMA; Osage Nation of Oklahoma v. United States, No. 99-cv-00550-ECH and No. 00-cv-169-ECH (consolidated cases); Passamaquoddy Tribe of Maine v. United States, No. 06-cv-00942-LJB; Salt River Pima-Maricopa Indian Community v. United States, No. 06-cv-00943-LMB; Swinomish Indian Tribal Community v. United States, No. 06-cv-00899-FMA; and Tohono O'odham Nation v. United States, No. 06cv00944-EGB (Fed. Cl.).

3. Of those cases in this Court that are in an "active litigation" posture, the parties in the following cases have agreed that they would like to explore the possibility of resolving the plaintiffs' issues and claims, through settlement discussions or alternative dispute resolution dispute resolution (ADR) processes, without the need for protracted litigation: Kaw Nation, No. 06-cv-00934-FMA; Miami Tribe of Oklahoma, No. 06-cv-00939-ECH; Navajo Nation, No. 06-cv-00945-FMA; and Swinomish Indian Tribal Community, No. 06-cv-00899-FMA.

4. As to the Pembina Judgment Fund case, Chippewa Cree Tribe, No. 92-cv-00675-ECH, while the Court has not set a trial date or stayed the litigation, it has allowed the parties to proceed with settlement discussions; it has issued several scheduling orders, setting forth, among other things, deadlines for productions of certain documents and data; and it has been and continues to be monitoring the parties' compliance with those deadlines.

Respectfully submitted this 6th day of April, 2007,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General

*s/ John H. Martin*
JOHN H. MARTIN
john.h.martin@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
anthony.hoang@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

RACHEL HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 6, 2007, I served the foregoing DEFENDANT'S NOTICE OF CLARIFICATION AND SUPPLEMENTATION OF INFORMATION REGARDING CERTAIN TRIBAL TRUST CASES by causing a full, true and correct copy thereof to be sent to the following counsel of record by Electronic Service pursuant to General Order 42A and first class United States Mail, postage paid:

James A. Vogel
Attorney of Record for Plaintiff

*s/ John H. Martin*

JOHN H. MARTIN
john.h.martin@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350

Attorney of Record for Defendant