IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE GROS VENTRE & ASSINIBOINE TRIBES BY AND THROUGH THE FORT BELKNAP INDIAN COMMUNITY COUNCIL, THE GOVERNING BODY OF THE FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION | ) | Case No. 06-931L-NBF |
| Plaintiffs, | ) | |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's Order dated March 28, 2007 ("Order"), Plaintiffs Fort Belknap Indian Community Council and the Gros Ventre and Assiniboine Tribes and Defendant United States ("the parties") hereby submit the following joint status report. Under the Court's Order, the current stay of litigation expires on March 20, 2008.

As the parties have previously represented to the Court, the Plaintiffs are currently engaged in settlement activities as members of the Inter-Tribal Monitoring Association (ITMA) through the ITMA – Department of the Interior Tribal Trust Fund Settlement Project ("the Project"). In the time elapsed since entry of the Order, the Plaintiffs and Department of the Interior, along with other participants in the Project, have continued their development of a proposed methodology to address trust accounting and trust fund mismanagement issues and claims. The Plaintiffs have been engaged primarily in developing a plan for analyzing specific claims and issues that would serve as one of several pilot tests for the Project. The Department of the Interior has been primarily engaged in producing documents to the Plaintiffs, and

conferring with the Plaintiffs and other participants in the Project regarding the development of various proposed methodologies for analyzing several of the claims and issues of the Project participants, including Plaintiffs.

The parties propose to undertake tasks and plan additional meetings and discussions in the coming months, among other things, as necessary and appropriate to the advancement of the Tribal Trust Fund Settlement Project. The parties agree that the work undertaken in the past several months will ultimately be useful in advancing their settlement discussions.

Counsel of record for Plaintiffs has authorized the attorney of record for Defendant to execute this joint report on behalf of both counsel and to represent to the Court that Plaintiffs fully join in this status report.

Respectfully submitted this 20th day of September, 2007,

RONALD TENPAS
Acting Assistant Attorney General
*s/ John H. Martin*
JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
TEL: (303) 844-1383
FAX: (303) 844-1350
Attorney of Record for Defendants

OF COUNSEL:
Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
TEL: (202) 305-0241
FAX: (202) 353-2021

Elisabeth C. Brandon

Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

Teresa E. Dawson
Office of Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

Attorneys for Defendants

*s/ James Vogel by John H. Martin*

JAMES VOGEL
P.O. Box 525
1 Mile West, Hwy 87
Hardin, MT 59034
TEL: (406) 665-3900
FAX: (406) 665-3901

Attorney of Record for Plaintiff