# In the United States Court of Federal Claims

**No. 06-931L**
**(Filed: March 18, 2008)**

* * * * * * * * * * * * * * * * * *

**THE GROS VENTRE &**
**ASSINIBOINE TRIBES,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the court's March 28, 2007 order, the above-captioned case was stayed until Thursday, March 20, 2008 so that the parties could continue settlement activities. The parties shall file a joint status report regarding their progress towards a final settlement by **Thursday, March 27, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge