**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE GROS VENTRE & ASSINIBOINE TRIBES BY AND THROUGH THE FORT BELKNAP INDIAN COMMUNITY COUNCIL, THE GOVERNING BODY OF THE FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION** | ) | **Case No. 06-931L-NBF** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully make this motion for a fourteen (14) day extension of time within which for the parties to file a status of their negotiation efforts and a contemplated joint Motion regarding further scheduling in this matter. A proposed order is attached hereto as an exhibit. The grounds for this motion are as follows:

1. On or about March 28, 2007, this court granted the parties joint request for a stay of this litigation, to be effective through March 20, 2008.

2. That this action was taken, as the parties anticipated active participation in a settlement project for multiple tribes sponsored by the United States Department of Interior, Office of Historical Trust Accounting and administered through the Inter-Tribal Monitoring Association, in which plaintiffs are actively involved.

3. That this active effort has been ongoing and has produced information in support of possible settlement.

4. That counsel for the parties have discussed a procedure and proposal for proceeding in this litigation, and need additional time to receive concurrence therein from their respective clients.

5. That the undersigned needs additional time to complete filings with this court, as the press of separate, ongoing litigation has made it impossible to complete discussions with the plaintiffs to finalize filings before this court.

6. That additionally, the undersigned has discussed possible filings with John Martin, counsel of record for respondent, and he, similarly, has been unavailable this week to finalize filings, because of prior commitments in separate, ongoing litigation and negotiations. Mr. Martin was in specific agreement with this Motion and authorized the undersigned to represent his agreement therewith.

7. That the additional time will enable each party to finalize their filings in this matter and more fully explain their positions to this court.

8. The granting of this motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources. Further, it would not cause any undue prejudice or harm to the rights and interests of the parties hereto.

WHEREFORE, the Plaintiffs respectfully request that the motion for an extension of time for the parties to file a status of their negotiation efforts and a contemplated joint Motion regarding further scheduling in this matter be granted.

Respectfully submitted this 20th day of March, 2008.

s/ James L. Vogel
James L. Vogel, Attorney of Record for Plaintiffs
Law Offices of James L. Vogel
P.O. Box 525
Hardin, Montana 59034
Tel: 406-665-3900

Fax: 406-665-3901

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2008, I served the foregoing Motion for Extension of Time by causing a full, true and correct copy thereof to be sent to the following persons by U.S. Mail, first class postage prepaid, as well as facsimile and email delivery in accordance with General Order No. 42A to:

MATTHEW J. MCKEOWN
ACTING ASSISTANT ATTORNEY GENERAL
John H. Martin, Attorney of Record
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
TEL: (303) 844-1383
FAX: (303) 844-1350
Attorney of Record for Defendants
john.h.martin@usdoj.gov

OF COUNSEL:
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

ELISABETH BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

Dated this 20th day of March, 2008.

____s/ James L. Vogel________________________

JAMES L. VOGEL
Attorney-At-Law
P.O. Box 525
Highway 87, 1 Mile W. of Hardin
Hardin, Montana 59034
Telephone (406)665-3900
Fax: (406)665-3901

Attorney for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE GROS VENTRE & ASSINIBOINE TRIBES BY AND THROUGH THE FORT BELKNAP INDIAN COMMUNITY COUNCIL, THE GOVERNING BODY OF THE FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION** | ) | **Case No. 06-931L-NBF** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**(PROPOSED) ORDER**

This matter is before the Court on the Plaintiff's motion for extension of time for the parties to file a status of their negotiation efforts and a contemplated joint Motion regarding further scheduling in this matter. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The motion should be and hereby is GRANTED;

2. The parties shall have to and including April 4, 2008, to file further pleadings and/or otherwise respond.

SO ORDERED.

Date: ________________________

_____________________________________
HON. NANCY B. FIRESTONE
United States Court of Federal Claims