# In the United States Court of Federal Claims

**No. 06-931L**
**(Filed: March 21, 2008)**

* * * * * * * * * * * * * * * * *

**THE GROS VENTRE & ASSINIBOINE TRIBES,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

The plaintiffs' unopposed motion for a 14-day enlargement of time within which to file the joint status report is **GRANTED**. Accordingly, the parties shall file a joint status report by **Thursday, April 10, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge