# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE GROS VENTRE & ASSINIBOINE TRIBES BY AND THROUGH THE FORT BELKNAP INDIAN COMMUNITY COUNCIL, THE GOVERNING BODY OF THE FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-931L-NBF<br>**EXECUTED DECLARATION OF MARY ZUNI IN SUPPORT OF PARTIES' SECOND JOINT MOTION FOR STAY OF LITIGATION** |

I, MARY ZUNI, being duly sworn, declare:

1. I am over twenty-one (21) years of age and understand the meaning and obligations of an oath. I have personal knowledge of all matters set forth herein, and if called upon to testify, I could and would testify to the truthfulness and accuracy of those matters.

2. I am the Executive Director of the Intertribal Monitoring Association on Indian Trust Funds ("ITMA"), a national non-profit tribal consortium in the membership of which is comprised of 65 Indian tribes. ITMA was founded in 1990 and is headquartered in Albuquerque, New Mexico. ITMA is governed by a 13 member Board of Directors.

3. The Plaintiffs in this action, the Gros Ventre and Assiniboine Tribes of the Fort Belknap Indian Reservation acting through the Fort Belknap Indian Community Council, are members of ITMA.

4. ITMA's mission, among other things, includes monitoring the Department of the Interior's trust reform efforts and providing a forum for tribal consultation on trust related issues.

5. On or about May 2003, the Department of the Interior approached ITMA to explore the possibility of entering into a cooperative undertaking that could assist in resolving tribal trust

related claims.

6. Following approximately 19 months of negotiations, in December 2004, ITMA and the Office of Historical Trust Accounting ("OHTA"), an office within the Department of the Interior, entered into a Cooperative Agreement to establish the Tribal Trust Fund Settlement Project ("TTFSP"). A true and correct copy of the Cooperative Agreement, together with all addendums, is attached hereto as Exhibit 1.

7. The Gros Ventre and Assiniboine Tribes of the Fort Belknap Indian Reservation acting through the Fort Belknap Indian Community Council and six other federally recognized Indian tribes agreed to participate as the "pilot project" tribes for the TTFSP. The six other participating tribes included the Confederated Tribes of the Colville Reservation (Washington), Sac and Fox Nation (Oklahoma), Nez Perce Tribe (Idaho), Pueblo of Picuris (New Mexico), Confederated Tribes and Bands of the Yakama Indian Nation of the Yakama Reservation (Washington); and the Coeur d'Alene (Idaho). These tribes were selected, in part, to ensure that the TTFSP included a geographically diverse range of Indian tribes with varying land bases, natural resources, and trust accounts to better ensure that any methodology developed under the TTFSP would be as inclusive and representative of Indian tribes nationwide as possible.

8. Among other things, some of the main goals of the TTFSP are for ITMA, OHTA and the seven tribes participating in the Project ("Project Tribes") to determine whether methodologies can be developed to analyze the government's stewardship of Indian trust resources, including the proceeds associated with such Indian trust resources, in order to provide one or more of the Project Tribes with alternative dispute resolution approaches, methodologies, and/or procedures for accomplishing one or more of the following objectives: (a) developing a methodology to establish historic or current agreed-upon trust account balances; (b) satisfying some or all of the government's obligation to provide an accounting to tribal trust beneficiaries; and (c) resolving some or all damages claims regarding the government's stewardship of specific trust resources. Other goals of and additional information about the Project are set forth in a May 31,

2007, briefing paper prepared by ITMA, a true and correct copy of which, is attached hereto as Exhibit 2.

9. The Cooperative Agreement anticipates two phases for the TTFSP. Phase I consists of developing a methodology for utilizing the information contained in the reports prepared by Arthur Anderson LLP for each respective Project Tribe. Completion of Phase I requires the concurrence of ITMA, each Project Tribe, and OHTA. In Phase 11, the Phase I methodology will be made available for use by any interested Indian tribes (i.e., Project Tribes or non-Project Tribes) on a completely voluntary basis.

10. The scope of the TTFSP is limited to the period from 1972 to 1992, the years covered by the Arthur Anderson reports. Assuming the TTFSP progresses to the satisfaction of the participants, ITMA believes that the methodology or other information developed during the course of the TTFSP could be adapted to cover other time periods or other types of trust-related claims.

11. As a component of the TTFSP, ITMA contracted with various experts, including forensic accountants and other professionals with experience working with tribal trust records, to advise ITMA and the participating tribes in the development of the methodology. Although OHTA has provided the majority of the funding for the Project, ITMA selected these experts independently; ITMA was not required to obtain approval from OHTA before selecting any of these professionals.

12. Phase I of the TTFSP began with the United States providing Plaintiff and the other participating tribes with their respective tribal trust Arthur Anderson reports and the supporting documents underlying the reports. Using these documents and other information shared by OHTA and the participating tribes, ITMA and OHTA have worked to develop the alternative dispute resolution approaches, methodologies, and/or procedures referred to in Paragraph 8. These efforts have included numerous meetings, multi-day work sessions, and other communications between ITMA, the Project Tribes (including the Gros Ventre and Assiniboine Tribes of the Fort Belknap Indian Reservation acting through the Fort Belknap Indian Community Council), and OHTA, are

continuing.

**13.** Phase I of the TTFSP is continuing with two Project Tribes participating in pilot projects to test the application of some of the alternative dispute resolution approaches developed in the Project.

14. Based on the present rate of progress, it is likely that the Project Tribes will have developed the methodology contemplated in Phase I of the Project, and referred to in Paragraph 9, by October 2008. Once such a methodology is developed it will then be submitted for approval by ITMA, each Project Tribes, and OHTA.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of April, 2008.

s/ MARY ZUNI

MARY ZUNI