# In the United States Court of Federal Claims

**No. 06-931L**
**(Filed: April 17, 2008)**

* * * * * * * * * * * * * * * * *

**THE GROS VENTRE & ASSINIBOINE TRIBES, by and through the FORT BELKNAP INDIAN COMMUNITY COUNCIL, the governing body of the FORT BELKNAP INDIAN COMMUNITY of the FORT BELKNAP INDIAN RESERVATION**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed April 10, 2008, indicating that the plaintiffs continue to participate in the Tribal Trust Fund Settlement Project and the InerTribal Monitoring Association. The parties request that the stay of litigation continue so that they may continue settlement activities. The parties' request is **GRANTED**. Accordingly, the case remains **STAYED** until **Friday, March 20, 2009**. The parties shall file joint status reports regarding their progress towards settlement on **Friday, September 19, 2008** and on **Friday, March 20, 2009**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge