**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE GROS VENTRE & ASSINIBOINE TRIBES BY AND THROUGH THE FORT BELKNAP INDIAN COMMUNITY COUNCIL, THE GOVERNING BODY OF THE FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION** | ) | **Case No. 06-931L-NBF** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), the Defendant hereby respectfully requests that this Court extend the time for the parties to file the Joint Status Report due this Friday September 19, 2008 and required by the Court's Order of April 17, 2008 (dkt # 18). Defendant seeks an extension of fourteen (14) days until October 3, 2008, in which to file a joint status report of the parties regarding their progress towards settlement. A proposed order is attached hereto as an exhibit. The grounds for this motion are as follows:

1. Plaintiff filed this case on December 29, 2006. In the case, Plaintiff alleges issues and claims relating to the trust accounting and trust management duties and responsibilities allegedly owed by Defendant to Plaintiff.

2. In orders dated March 28, 2007 (dkt. # 10) and April 17, 2008 (dkt. # 18), the

Court stayed this case to permit the Tribe and the United States Department of the Interior to jointly participate in their Tribal Trust Funds Settlement Project (TTFSP) as a means of pursuing a possible settlement of the Tribe's claims and this case. Those orders require the parties to file periodic joint status reports with the Court, including one such report due this Friday, September 19, 2008.

3. Undesigned counsel of record will be absent from the office starting the afternoon of September 17, 2008, through September 22, 2008. In anticipation of that absence, counsel for defendant initiated requests to Plaintiff's counsel, beginning on September 12, 2008, to begin the negotiation and drafting of the necessary joint status report in a timely fashion and taking account of defense counsel's schedule. Notwithstanding those communications, counsel for the parties have not had the opportunity yet to finalize a proper joint status report.

4. Based on information and belief, undersigned counsel is informed that the Tribal and Interior Department have made significant progress in their TTFSP since the last report to the Court. Nonetheless, counsel for the parties require additional time in which to draft and file a Joint Report to the Court describing the progress towards settlement.

5. Based on the foregoing, Defendant respectfully requests that the Court grant its motion to extend the current deadline to file a Joint Status Report.

6. The granting of this motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources. Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein.

7. Counsel for Defendant contacted Plaintiff's counsel about this motion. Plaintiff's

counsel has stated that Plaintiff does not oppose this motion.

WHEREFORE, the Defendant respectfully requests that the motion for an extension of time to file a Joint Status Report be GRANTED.

Respectfully submitted this 17th day of September, 2008,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General

*/s/ John H. Martin*
JOHN H. MARTIN, Attorney of Record
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
TEL: (303) 844-1383
FAX: (202) 353-2021
Attorney of Record for Defendants

OF COUNSEL:
Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
TEL: (202) 305-0241
FAX: (202) 353-2021

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2008, I served the foregoing Motion For Extension of Time by causing a full, true and correct copy thereof to be sent to the following persons by U.S. Mail, first class postage prepaid, as well as facsimile and email delivery in accordance with paragraph 19 of General Order No. 42A to:

James A Vogel, Attorney of Record for Plaintiff
P.O. Box 525
Hardin, Montana 59034

Dated this 17th day of September 2008.

*/s/ John H. Martin*

John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
(303) 844-1383 (tel)
(303) 844-1350 (fax)
john.h.martin@usdoj.gov
Attorney for Defendant