**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE GROS VENTRE & ASSINIBOINE TRIBES BY AND THROUGH THE FORT BELKNAP INDIAN COMMUNITY COUNCIL, THE GOVERNING BODY OF THE FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION** | ) | **Case No. 06-931L-NBF** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PROPOSED ORDER**

This matter is before the Court on the Defendant's unopposed motion for extension of time to file the joint status report. Upon consideration of the motion, it is on this _____ day of ________________, 2008, ORDERED that, for good cause shown,

1. The Defendant's motion should be and hereby is GRANTED;

2. The parties shall file a status report on or before October 3, 2008, regarding the progress towards settlement.

SO ORDERED.

_______________________________________
HON. NANCY B. FIRESTONE
United States Court of Federal Claims